UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

DONALD SCHULZ,

                Petitioner,

        -v-                                         9:23-CV-295 (AJB/TWD)

WARDEN,

                Respondent.
_____

**APPEARANCES:**                                           **OF COUNSEL:**

DONALD SCHULZ
Petitioner, Pro Se
21962-044
RRM ST. Louis
Residential Reentry Office
1222 Spruce Street, Suite 6.101
St. Louis, MO 63101

UNITED STATES ATTORNEY                    KAREN F. LESPERANCE, ESQ.
Attorneys for Respondent
445 Broadway, Room 218
Albany, NY 12207

**Hon. Anthony Brindisi, U.S. District Judge:**

## ORDER ON REPORT & RECOMMENDATION

       On March 6, 2023, *pro se* petitioner Donald Schulz ("petitioner") filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Dkt. No. 1. Briefly stated, petitioner seeks habeas relief based on the U.S. Bureau of Prison's denial of his application to have Federal Time Credits ("FTC") applied to reduce his 156-month term of imprisonment in accordance with the First Step Act ("FSA"). *Id*.

The petition was initially assigned to Chief U.S. District Judge Brenda K. Sannes, who referred the matter to U.S. Magistrate Judge Thérèse Wiley Dancks. After petitioner paid the filing fee, Dkt. No. 3, Judge Dancks ordered the Warden ("respondent") of the federal facility where petitioner was then being held to respond. Dkt. No. 4. Thereafter, respondent opposed habeas relief, Dkt. No. 10, petitioner replied, Dkt. No. 13, and the matter was reassigned to this Court for all further proceedings, Dkt. No. 14.

On December 31, 2025, Judge Dancks advised by Report & Recommendation ("R&R") that the petition be denied and dismissed. Dkt. No. 16. As Judge Dancks explained, petitioner had likely failed to exhaust his administrative remedies but, even on the merits, he had failed to demonstrate that he is entitled to an application of FSA time credits. *Id.*

Neither party has lodged objections, and the time period in which to do so has expired. *See* Dkt. No. 16. Upon review for clear error, Judge Dancks's R&R is accepted and will be adopted. *See* 28 U.S.C. § 636(b)(1)(C).

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 16) is ACCEPTED;

2. The petition (Dkt. No. 1) is DENIED and DISMISSED; and

3. No Certificate of Appealability will be issued.

The Clerk of the Court is directed to terminate the pending motion, enter a judgment accordingly, and close the file.

**IT IS SO ORDERED.**

Dated: January 22, 2026
      Utica, New York.

Anthony J. Brindisi
U.S. District Judge